UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY C. STEPHENS, | |
| Plaintiff, | CIVIL ACTION NO. 1:19-cv-00102 |
| v. | (WILSON, J.) (SAPORITO, M.J.) |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al., | |
| Defendants. | |

## ORDER

AND NOW, this 8th day of November, 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. **Within thirty (30) days** after entry of this order, the defendants shall produce for inspection by the plaintiff copies of any *non-confidential* documents considered by the Pennsylvania Board of Probation and Parole (the "Board") in connection with its January 11, 2017, decision denying parole to the plaintiff, Jeffrey C. Stephens, or by the Pennsylvania Department of Corrections ("DOC") in connection with its related negative parole recommendation;

2. **Within thirty (30) days** after entry of this order, the defendants shall produce to the court for *in camera* inspection copies of

any *confidential* documents considered by the Board in connection with its January 11, 2017, decision denying parole to the plaintiff, Stephens, or by the DOC in connection with its related negative parole recommendation;

    3.    **Within fourteen (14) days after production** of the *confidential* documents for *in camera* inspection, the defendants shall prepare and serve on the court and the plaintiff a privilege log, in compliance with Rule 26(b)(5)(A) of the Federal Rules of Civil Procedure; and

    4.    For ease of reference, all documents produced by the defendants shall be Bates labeled.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge